UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-81496-RLR

**ELIZABETH BORISKIN,**
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

**FIORELLA INSURANCE AGENCY INC.,**

       Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel hereby discloses the following:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Elizabeth Boriskin (Plaintiff)
   - Hiraldo P.A. (Counsel for Plaintiff)
   - Eisenband Law P.A. (Counsel
   - Fiorella Insurance Agency, Inc. (Defendant)

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None known at this time.

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   - None known at this time.

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Elizabeth Boriskin (Plaintiff)

- Unnamed Class Members

Date: November 2, 2018

Respectfully submitted,

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
**HIRALDO P.A.**
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713