## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-81496-RLR

Plaintiff:
**ELIZABETH BORISKIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

vs.

Defendant:
**FIORELLA INSURANCE AGENCY INC.,**



LLP2018003138

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process on the 2nd day of November, 2018 at 10:17 am to be served on **FIORELLA INSURANCE AGENCY INC. C/O EVELYN F. BASSION, 515 SE CENTRAL PKWY, STUART, FL 34994**.

I, Troy A. McDonald, do hereby affirm that on the **5th day of November, 2018 at 12:00 pm**, I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **Evelyn Bassion as Registered Agent** for FIORELLA INSURANCE AGENCY INC. C/O EVELYN F. BASSION, at the address of: **2300 SE Monterey Rd., Suite 200, STUART, FL 34996**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/5/2018  11:32 am  Attempted service at 515 SE CENTRAL PKWY, STUART, FL 34994, No longer at Address. Moved to 2300 S. East Monterey Rd., Suite 200, Stuart, FL 34996.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 225, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Nineteenth Judicial Circuit in and for Martin, St. Lucie, Indian River and Okeechobee Counties. Pursuant to F.S. 92.525, "Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct" NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

Subscribed and sworn before me, this 5 day of Nov, 2018 a Notary Public in and for Martin County, State of FL

(Signature)
**NOTARY PUBLIC**

My Commission expires _____

Notary Public State of Florida
Jennifer Tierney
My Commission GG 207053
Expires 04/12/2022

Troy A. McDonald
PS-99-1

L & L Process
13876 SW 56 Street
Suite 200
Miami, FL 33175-6021
(305) 772-8804

Our Job Serial Number: LLP-2018003138

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0i