UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 18-81496-CIV-ROSENBERG/REINHART

ELIZABETH BORISKIN,

        Plaintiff,

v.

FIORELLA INSURANCE AGENCY INC.,

        Defendant.
_____/

## ORDER SETTING DISCOVERY STATUS CONFERENCE

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court. It is hereby **ORDERED AND ADJUDGED** as follows:

Counsel shall appear before this Court on **April 2, 2019 at 12:00 p.m.** at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, 33401, for a final discovery status conference before Magistrate Judge Bruce Reinhart.

**ONE WEEK IN ADVANCE** of this conference, counsel shall file a **joint discovery status report** which addresses the following:

a.) what discovery has been propounded by each party;

b.) whether the discovery requests have been answered;

c.) the status of depositions, including:

    1. the number of depositions already taken;

    2. the number of remaining depositions and whether they have been scheduled; and

    3. an explanation of any delay in scheduling the remaining depositions;

      d.) whether there are any outstanding discovery disputes; and

      e.) the status of expert disclosures.

**DONE and ORDERED** in Chambers on November 16, 2018, at West Palm Beach in the Southern District of Florida.

                                      BRUCE REINHART
                                      UNITED STATES MAGISTRATE JUDGE