UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-81496-RLR

**ELIZABETH BORISKIN,**
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**FIORELLA INSURANCE AGENCY INC.,**

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiff Elizabeth Boriskin hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice

Date: November 22, 2018

Respectfully submitted,

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
**HIRALDO P.A.**
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                        By: */s/ Manuel S. Hiraldo*
                                        Manuel S. Hiraldo, Esq.
                                        HIRALDO P.A.
                                        401 E. Las Olas Boulevard
                                        Suite 1400
                                        Ft. Lauderdale, Florida 33301
                                        Florida Bar No. 030380
                                        mhiraldo@hiraldolaw.com
                                        Telephone: 954.400.4713