**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:18-cv-81496-RLR**

**ELIZABETH BORISKIN,**
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**FIORELLA INSURANCE AGENCY INC.,**

    Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff Elizabeth Boriskin, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff are hereby dismissed with prejudice.

Date: March 18, 2019

    Respectfully submitted,

    */s/ Michael Eisenband*
    MICHAEL EISENBAND
    **EISENBAND LAW P.A.**
    Florida Bar No. 94235
    515 E. Las Olas Boulevard
    Suite 120
    Ft. Lauderdale, Florida 33301
    Email:
    MEisenband@Eisenbandlaw.com
    Telephone: 954.533.4092

    *Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*s/ Michael Eisenband*
MICHAEL EISENBAND
EISENBAND LAW P.A.
Florida Bar No. 94235
515 E. Las Olas Boulevard
Suite 120
Ft. Lauderdale, Florida 33301 Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092