UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:18-cv-81496-ROSENBERG/REINHART**

ELIZABETH BORISKIN,

   Plaintiff,

v.

FIORELLA INSURANCE AGENYC, INC.,

   Defendant.
  _____/

**ORDER CLOSING CASE**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice at docket entry 12. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 18th day of March, 2019.

*[signature]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record